UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
NORMAN ADLER                                    09 Civ. 3406(FB)(CLP)

        Plaintiff,

   -  against –                              **RULE 7.1 STATEMENT**

SEALIFT, INC. and
SEALIFT TANKSHIPS LLC

        Defendants
-------------------------------------------------------x

     PURSUANT TO Rule 7.1 of the Federal Rules of Civil Proceedure and to enable judges

and magistrate judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Sealift, Inc. and Sealift Tankships LLC certifies that the following are

parent corporations or publicly held corporations or affiliates of Defendant:

     Sealift, Inc.:  None

     Sealift Tankships LLC:  Sealift Holdings Inc. is a parent.


Dated: New York, New York
       September 28, 2009


                        HILL, BETTS & NASH, LLP

             By:    _____
                    Gordon S. Arnott (GSA 8612)
                    Gregory O'Neill (GO 1944)
                    *Attorneys for Defendants*
                    One World Financial Center
                    200 LIBERTY STREET, 26th Floor
                    New York, New York 10281
                    (212) 839-7000